# COMPLAINT

### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Mr. Osuntoka Smith    ect al.

(38 plaintiffs)

v.

(Full name of defendant(s))

Warden, D. blackburn, Justin Segerstrom,
D. Brooks, Kelly reignier, Mazin al shakhly,
Donovan, Hsu, Tallier, % weslaff,
% Russel % Michael % mettner

Case Number:

_____

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of ___Wisconsin___, and is located at
(State)

___Greenbay Correctional institute___
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant _____
(Name)

is (if a person or private corporation) a citizen of ___U.S.9___

Complaint – 1

Case 2:22-cv-00330-LA    Filed 03/16/22    Page 1 of 24    Document 1

# 1-16

## Lock Down:

9bCI has been on suspension from out of cell recreation as a precautionary measure against covid, for years. In the summer — the fall of 2021 we were alotted rec 2ⁿ a week for 45 min at a time. Most courts have upheld curtailment or even total elimination, of out of cell exercise for short periods under emergency circumstances. my self & the other plaintiffs named here-in have documented mental & or physical health issues that have become enflamed by this more the 23 hrs a day lock down. We have complained of serious psychological pain & suffering's To the warden, hsu & psu Through grievances, written complaints & hunger strikes. The D.O.J has said, long term solitary confinement was likely a violation of prisoners 8th am. (Poter v. Clarke). Justice stephen Breyer has stated, it is well documented that... prolonged solitary confinement produces numerous deleterious harms (glossip v. gross). How psu is treating us is an example of deficiencies in mental health care, that have (serious) been found to violate the 8th am. To . housing + mentally ill prisoners in ~~segoe sage exunts (Jones v. Berge~~ Constant nois, isolation & illumination & other sensory deprivations supermax or seg violates the 8th amendment (Jones el vs. Burgel)

M. Da S

2

# Inmate property:

Prisoner's can not Barter, Borrow, ~~xxxxx~~ or Bequeeth any of our store bought property, with any prisoner. If we're found in violation of this strictly enforced rule, we are penalised with loss of privileges and or segregation. This is a 4th amendment violation which guarantees the right of the people, To be Secure in house, Paper's & effects against unreasonable searches and seizures. And the 14th amendment which states, no state shall make or enforce any law which shall abridge the privileges or immunities, of citizens of the U.S. Nor shall any state deprive any person of life, liberty or property. The C/o's ~~xxxxx~~ Comfiscate all bartered, barrowed, ~~xxxxx~~ and bequeethed C/o store bought goods. And the C/o's keep the high quality stereo's on their desks through out the entire institution, for their personal intertainment. which is in violation of the 5th amendment which prohibits private property, from being siezed for public use with out just compensation. (mc Intyre v. Bayer)

In 2021 The staff performed an institutional lock down & Comfiscated 100's of electronics.

Mr. O_____ S_____

3

## Food:

Over the course of several months we've expierienced a substantial decreas in Food portions, variety & quality. All main antre's are now being served in one of the desert compartments at half full, & The soy-like meat has a strong chemical like smell to it, so many inmate's can't eat it. And 5ˣ out of a week for breakfast we're served, 1 oz of cold cereal, 2 packs of peanut butter, 1 Jelly 1 sugar 2 pieces of bread, 1 half pint of milk. On saturday's we're served cold bag lunches consisting of, 2 smucker peanut butter & Jelly sandwiches, 2.6 oz, 1 bag of carrots 1.6 oz & 1 milk. On Sundays, cold bag lunch consisting of, 1 bolona sandwich, 1 potato chip 1 oz, 1 bag of carrots 1.6 oz, 1 rice crispy Treat 18g. And during Ramadan (30 days of fasting) we're given a cold bag lunch again. We are being denied a basic human need in quality & quantity. which is a deprivation of a lifes necessity which is an 8ᵀʰ amendment violation. (Helling v. McKinney) ~~(phelps v. Kapnolas)~~ Inadequate food or unsanitary food service (phelps v. Kapnolas), (Ramos v. Lamm).

As of 2.12.22 they've been serving us the bag lunches for breakfast, lunch & dinner (weekend's only for now we've been told).

M. O___ S___

## 4

### Poor Heating

Since arriving at g.b.c.i I've observed the ceiling fans on, The front s·c·h window's open, & the rotunda windows open all year arround. During winter & fall the heat can't be felt in the South cell hall. So the %'s wear heavy winter coats & skull caps during all three shifts. And the inmates do too & we sleep in these clothes. We are issued two croshayed styled blankets that do not serve to keep us warm. This is an 8Th amendment violation which states · Prisoners should not be subjected to extreme heat or cold (Bibbs.v. Early). The 8Th amendment forbids cruel & unusual punishment & has been interpreted to prohibit excessive force & guard brutality. The state must provide reasonable adequate ventilation, Sanitation, beding, hygenic materials & utilities (i.e., hot & cold water, light, heat, plumbing) (Mc Cray v. Burrell)

M. Os S

Case 2:22-cv-00330-LA    Filed 03/16/22    Page 5 of 24    Document 1

5

Inadequate Ventilation (Board v. Farnham)
.The vents in our cell's is emitting more than 1 oz of
.asbestos like substance a day. That's causing substantial
.nasal blockage&stinging (Nose bleeding) & chess pain. see (powell v. Lennon).
.The pealing led based paint around the 20ft windows,
.The exposure to rodents (gaston v. Coughlin), (Jackson v.
.Duckworth), & The Fact that one mop is passed arround
once a month, For 30+ cells. using the same water, is the
.reason's why our cells, bed's & blankets are in a state of
.squalor.
,These conditions put us at risk for future injury (Helling v
.MCKinney). The state must provide reasonable adequate Ventil-
.ation & Sanitation (mc Cray v. Burrell). Prisoners are const-
.itutionally entitled to enviornmental conditions that do not
.pose serious risks, to health & safety. Among the Conditi-
ons that have been recongnized as violative of the
.8th amendment are (Board v. Farnham), (keenan v. hall).

.G.b.C.1 is currently performing cell atterations which incl-
.udes, removing 1 desk & swaping out the sink & talet. The contract-
.or's wear Full body hazmat suit's with a breathing apparatus.
.To protect themselves from what they've said is most likely asbestos.

Mr. Os— S—

6   use

<u>Showers</u>:

are set up on a privilege system if ur an involuntary unassigned inmate residing in the N.C.h or S.C.h. ur given 2 showers per week for five minutes at a time. despite the fact that many of us have cycholo- gical and or physical ~~red or physical~~ disabilities, that prevent us from showering w/ 30+ inmates. or from washing up that fast. ~~...~~ But if you have an assignment or reside in the dorm or the T.L.u. ~~...~~ you are given private showers ~~...~~ for as long as you like. This is a violation of the 8th amendment since we're being forced to choose between our hygiene & our mental well being. (Thompson v. Lengerich) under the equal protection claim if prisoners w/ similar privacy needs were given access to private showers, while others are not. This is lack of accommodation for physical disabilities (Bradley v. pucket). And deliberate indifference to serious medical needs. (estelle v. gamble). which are ~~●●~~ violation's of the 8th amendment.

M. Os___ S___

7

Inmate Interaction:

unassigned inmates can only interact w/ other inmates in designated areas, The chapel, recreation, class room & with their cell mate. and if a prisoner's found in violation of this strictly enforced rule. We are penalised with weeks or months of loss of privileges. This is a 1st amendment violation abridging the freedom of speach & association. & under the 1st amendment a prison regulation that stops you from speaking, expressing yourself. or interacting with other people must be reasonably related to a legitimate government interest. These severe restrictions on communication & association, does not pass the Turner test. This is cruel and unusual punishment which is a violation of the 8TH amendment. (Hudson v. Mc Millian), (wilkins v. Gaddy)

M. Os— S—

8

## Mail/Publications:

In 2021 at g.b.c.i I was sent 3 parcels that was never given to me. (1$^{\#}$) sensitive info about my open case sent to me by my defense attorney. (2$^{\#}$) a civil suit packet from the clerk of courts millwaukee branch. The regulation or practice in question must further an important or substantial government interest unrelated to the suppression of expression. Prison must show that a regulation authorizing censorship. furthers one or more substantial government interest. of security, order & rehabilitation. (2nd) The limitation of the 1st amendment freedoms must be no greater than is necessary. or essential to the protection of the particular government interest involed. (Procunier V. martinez). (3$^{\#}$) The mail room did not allow me to have my legal news letter Bridges of voices (while I was in general population). which violates the equal protection clause of the 14Th amendment (washington v. lee). Prisons cannot prevent black prisoners from subscribing to magazines and news papers, aimed at black audiences.

On 01-2022 I told sgt reignier, (who's over the mail room) I refused to electronically sign a form. Waiving my right to send & recieve personal mail. without going through g.b.c.i new vendor Because, they photocopy all mail and pictures. They keep the originals & give us a grainy

Case 2:22-cv-00330-LA   Filed 03/16/22   Page 9 of 24   Document 1

~~coppy~~ poor quality COPPY. But on 1·31·22 I recieved 1 of 4 pages of a personal letter sent to me. my mail was rerouted by g.b.c.l vendor with out ~~any concerns~~ using the applicable forms for due process. this is a violation of my 1st & 14th amendment regulations affecting the sending of mail to prisoners. must be analyzed under the reasonableness standard established in the courts Turner dicision. (Barrett v. Belleque), ~~Regulations affecting the sending the~~ ~~sending of mail to prisoners~~ (Koutnik v. Brown)

Mr. Os— S—

## 9.

## Law Library

In the summer of 2021 myself & Charles Bliesner (my jail house lawyer) would go to the law library together. On our court deadline passes, He'd use the computers that were next to each other. So he could quietly & effortlessly help me. But everytime he'd help me The librarian david brooks, would tell him to stop talking. On 8·29·21 / 8:00am ~~[illegible]~~ david put an out of order sticker on the monitor where I'd been sitting. But when I disreguarded the warning & Turned on the computer, & used it for the entire day & it worked just fine. The next day david stood over me saying I don't want you sitting there. Prisoner's have a right to get legal help from other prisoner's. Unless the prison provides some reasonable alternative to assist prisoners in preparation of petitions. (Johnson v. Avery). In Johnson, the supreme court held that the prison could not stop prisoner's from helping each other write legal documents. ~~[text crossed out]~~ This is a violation of my 1st amendment. I am not allowed to go to the law library because I do not have a court deadline. Prisoners have a constitutional right to meaningful access to courts. requiring them

Case 2:22-cv-00330-LA    Filed 03/16/22    Page 11 of 24    Document 1

to receive the quantum of access to prison libraries, which will enable them to research the law, & determine what facts may be necessary to state cause of action, U.S.C.a. Constatutional amendment 14. But prisoners are still allowed to go to the regular library without any inhibitions.

10

# g.b.c.i Chaplin

The administration of g.b.c.i has invested the christian Chaplin (donavon), w/ absolute authority over the muslim community. his duties intail. 1. hand picking Islamic information that he see's fit to be talked about during our Jumuáh service's. 2. He closely serveils all muslim services from a couple yards away till its over. 3. Intervenes in our Taleem group discussions if we're having a civil difference of opinion. 4. Freequently writes us conduct reports & prohibits some of us from returning to muslim services. If we're given a conduct report from another staff member. 5. On 2·8·22 he came into our Taleem class & stopped one of the few Islamic litterate members, from quietly tutoring a new muslim convert. & on 2·22·22 in taleem class the chaplin interupted the 1 on 1 lesson that I was quietly giving to a novice muslim. although that is the whole purpose for the Taleem wa talum class (Teaching & learning) And on 2·18·22 he chided a muslim for giving another muslim some legal papers (putting) in the chapel. And several times when we'd be prostrating our heads on the floor in worship. The chaplin would stand direetly infront of us, from a couple yards away. So I informed the chaplin that I'd be writing him up again, & that this was unnecessary & wanton infliction of pain & anguish which is an 8ᵀʰ amendment violation. So he wrote me a major ticket for threatning him. I was doing something I had a constitutional right to do, which is called by law Protected Conduct. The chaplin is restri-

Case 2:22-cv-00330-LA    Filed 03/16/22    Page 13 of 24    Document 1

11

cting our religious Freedoms protected by the 1st & 14th amendments. We are being unfairly singled out for mistreatment based on a quasi suspect factor. & this treatment is not rationally related to a legitimate government interest. the Chaplin also refuses to let us borrow any of our prayer rugs. Because the're state property. The U.S. Supreme court found R.L.u.i.p.a Constitutional in Cutter v. Wilkinson. The Court held that facilities that accept federal funds, cannot deny prisoners the necessary accommodations. To engage in activities for the practice of their own religious beliefs. none of the restrictions named here.in pass the Turner Test. On 2/22 the Chaplin told me infront of his supervisor (ms. Tallier), that the muslims cannot have an institutional Imam. Because it was against g.b.c.i policy (303). Even though the pagan community has an apointed minister from among themselves. nor does he draft up speaches for them to talk about, they're meetings aren't dictated by him. In the chapel there's a classroom styled room, but we cant use it for our taleem classes. though it would better suit us because we are constantly writting for this class. Instead we sit on the chapel floor & that room's allways reserved for the christian worshippers, that don't use paper or pens for their service. & this group (& Time) is on the same days as our Taleem study group. There have been other members of our muslim community that have brought federal charges against him, for harasment in the federal courts.

Case 2:22-cv-00330-LA    Filed 03/16/22    Page 14 of 24    Document 1

11.

Hsu

In g.b.c.1 in the summer of 2021 I paid a copay to H.s.u. To get my ears flushed because, I had alot of debris in my ears.(Do to the vent in my room). None of the procedures worked so I was schedueled to see an out side physician. But in 01·2022 I contacted H.s.u because, my hearing in both ears. are very poor now and when I try to clean them. or take a shower, my ear canal hurts & gets very hot. I was informed by my doctor Ms. Lori J Wachholz that I wasn't on any list to see an ear doctor. And that she'd scheduel me to see an out side physician, but it would take a while before I could see him/her. This is deliberate indifference to a serious medical need which is an 8Th amendment violation. A serious medical need is one that has been diagnosed by a physician as requiring treatment. Or one that is so obvious that even a lay person would easily. recognize the necessity for a doctors attention. (coleman v. Rahija). Serious medical need is present whenever the failure to treat a prisoner's condition. could result in further significant injury or the unnecessary, & wanton infliction of pain. ( Clement v. Gomez ). I've had swimers ear 12/2021 and am in great discomfort, pain & have dizzyness. and I've been denied medical ~~treatment~~ treatment For my pyriadontal disease. I came into this facility with a scr-pt for medical mouth wash but they discontinued it & many of

my teeth have lost alot of bone marrow & is no loose.

In 2021 of December upon arrival from my local writ I was housed in segregation for 14 days ~~~~~~ for quarantine though I was not symptomatic nor did I fail any corona virus test's, at the facility where I'd been for 7 day's or at g.b.c.i. I was in segregation under aggravating conditions such as . skin burn/irritation & chronic sneezing & running nose from sleeping on a mat with pepper spray on it. I wasn't alloud to use the phone. ~~~~~~ none of the staff would take my out going mail. I wasn't allowed to go to recreation. I wasn't alloud to go to the law library. I wasn't allowed to have a pen or standard pencil or anything adaquate for writting. But the other quarantined inmates were allowed these aforementioned things.

12

# Anti Muslim discrimination:

Muslims are being harassed in the rotunda area for wearing our coofies. By %o's Michael & %o Segerstrom

Inmate Carl Barret has written many I.c.e's on %o Westlaff in 2021-2022 for muslim discrimination & intimidation

Inmate Mohamed Elmhdati has written many I.c.e's on %o Segerstrom from 2021-2022 for muslim discrimination & intimidation.

Inmate Osuntoka Smith was ejected from the library by %o Russel for not pulling his mask over his nose, because of documented medical issues. And I.c.e was filed against this %o on 8/2021

~~Inmate Osuntoka Smith %o Russel was barred from attending congregational service by chaplin Contraras for no apparent reason in 2021~~

Inmate Osuntoka Smith has made several complaints against %o Michael one of which is because upon packing up my cell he confiscated a dago T shirt, shower shoes, flex band (given to me by my physical therapist, all of the Islamic books that I borrowed from the chapel & the library. But the christian books that I'd borrowed from the library & chapel (a.s. bible, the genius of ancient man) magazines I'd borrowed from an inmate on my tier, & emtied all of my folders & removed all stapples from 100's of my legal papers, & my store bought face rag.

M. Osu S

Case 2:22-cv-00330-LA     Filed 03/16/22     Page 17 of 24     Document 1

.13

Mazin al shakhly

On or arround august of 2021 During Two Consecutive Jumuah Services. chaplin mazin pointed at me while he was giving the sermon & said, I'm crazy I have sychological disorders. because I'm taking Sychotrophic drugs.& seeing a therapist because the strain, of being on a 24 hour a day lock down. This is a Violation of my right to privacy that exists under the 14ᵀʰ amendment. that protects sensitive medical information like your mental health information (Hunnicutt v. armstrong).an appeals court found that a plaintiff whose mental health issues were discussed infront of other prisoners, and non healthcare staff, had adequately alleged a privacy violation. Because of this I got into Several arguments with other muslim practioners. the enviornment was so hostile towards me that I had to stop going to Jumuah services. I confided my mental health issues with chaplin donavan who in turn told chaplin Mazin.

## 14

## Warden:

Many times we've made the warden aware of the issues mentioned in this complaint. But it was to no avail.
It was the warden & the head of h.s.u. that decreed for inmates whether they be symptomatic, negative or tested possitive for the corona virus to be reduced & shipped to segregation for 14 days. while I was housed there I was under aggrivating conditions. my mat had pepper spray on it, & all privileges were suspended for me only. This is cruel & unusual punishment an 8ᵗʰ amendment violation

## unit manager Tallier.

Many times we've written ms. Tallier about how long the %0's hold the buzzer & that the P.a system is so **loud** that its hurting our ear drums. Becaus the %0's have turned the volume on the p.a system on it's highest setting & they laugh about it. They have two buzzers that they use one is to notify inmates that a female %0 is on duty, & that doesn't hurt our eardrums & the other buzzer that they use from 6ᵃᵐ 10ᵖᵐ is akin to the buzzer thats used on the grade schools playground.
This is cruel & unusual punishment which is an 8ᵀʰ amendment violation

## Appliances.

The facilities industrial washer & dryers can't be used by inmates who reside in the s·c·h or the N·c·h· so that

15

means we ~~cant~~ have to wash & dry them in our small cells & hang them on the door. Because the clothing string g.b.c.i provides cant hold a wet jogging suit. Sweater or pants. & its g.b.c.i policy to comfiscate all store bought clothing that goes out with the laundry. This is an 8th amendment violation the state must provide reasonab. le adaquate sanitation & hygenic materials

C. JURISDICTION

[☑] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Chaplin donovan 150,000

Chaplin Mazin 250,000

Drew Black Burn 200,000

Sgt reignier 200,000

Warden 200,000

Hsu 500,000

unit Manager (Talier) 50,000

david brooks 150,000

Muslim discrimination. % WeslaFF 150,000 % Russel 150,000 % michael 150,000 % mettner 150,000, % Segerstrom 200,000

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___/5___ day of ___March___ 20 _2_2_.

Respectfully Submitted,

_____
Signature of Plaintiff

___594482___
Plaintiff's Prisoner ID Number

___9 b C 1___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

16

_Plaintiffs_

1. Andre Hansbrough 533268  *Andre Hansbrough*
2. Torey Davis 2642 N 49th lower millwaykee Wis 53210
3. Laymon price 470349  *Laymon Pryce*
4. mekael kenredy 666444  *Mekael Kenredy*
5. Michael evans 344627  *Michael A. Evans*
6. Carl Barrett 246694  *Carl Barrett*
7. Kortez Smith 641657  *Kortez Smith*
8. Joshua Reinart 574221  *Joshua Reinart*
9. lewis caples 230.399  *Lewis Caples*
10. Charles blesner 417611  *Charles Blesner*
11. Travis white 695714  *Travis White*
12. mohamed elmhdati 692273  *Mohamed Elmhdati*
13. ~~Traveon~~ ~~Spencer~~ ~~Spencer~~ Traveon Spencer 683044  *Traveon Spencer*
14. Calvin pivtle 377809  *Calven Pivtle*
15. curtis woodfaulk 574754  *Curtis Woodfaulk*
16. Lorai L Johnson 654416  *Lorai Johnson*
17. Jonathan bell 574315  *Jonathan Bell*
18. Robert T. 574254  *Robert L*
19. Joshua Delie 589236  *Joshua Delie*
20. Nico guerra 00651008  *Nico Guerra*
21. shuntye Crenshaw 555432  *Shuntye Crenshaw*
22. Deangelo Rainey 601139  *Deangelo Rainey*
23. Kyle woegand 684737  *Kyle Woegand*
24. ~~Branch 846820~~  *Branch*
25. adrian patterson 235622  *Adrian Patterson*

26 gill James 575179

27 Langston Michael 566369

28 Diorian smith 495078

29 James P Bohanan 545571

30 matthew Richard 259590

31 Tommie giles 352464

32 Victor Drake 656653

33 Marques R Green 465076

34 ulon Williams 416185

35 samuel L Jones 475550

36 dezerric pitts 686647

37 cesara moore 574738

38 Regineld Harris 635456

39 Edward williams 662158