# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Mr. Osuntoka Smith

v.

(Full name of defendant(s))

Warden, david brooks, donovan, tallier, drew blackburn, steavens, mazin, Michael, howarth, d.cushing, hsu utter, weslaff, doerst, chaplin degroot, Capt. cole, Lt. latushak, secretary Kevin a.carr, reigner, perttu, hamilton, detric

Case Number:

22-CV-330

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   g.b.c.i
   (Address of prison or jail)

2. Defendant reigner, perttu, hamilton, detric,
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)

Amended Complaint – 1

and (if a person) resides at ___g.b.c.i / Wisconsin___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___g.b.c.i___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Since arriving at g.b in 3/2021 I've had little to no out of cell recreation for more than 5 months at a time & because of this I've been in constant chronic pain because I have siatica, tendonidus, a 40 cal bullet in the back knee & thigh. 2) c/o morales took & destroyed my headphones because I was given them by my neighbor, & she tossed out my breakfast that I was saving to break my Ramadan fast with. 3) Since 3/2021 drew black burns drastically reduced the menue & the portions. the main entre comes in one of the 4 desert compartments & now the bread sits where the main entre used to be. On Wed, sat & sun & sometimes on mon, were fed a cold lunch bag consisting of 5 of the following items. 2 crustable penut butter & jelly sandwiches 2oz a piece, a ballona & cheese sandwich, 1 oz bag of carrots & salad dressing, 1 fruit, 2 oz bag of potato chips, 1 gogurt 2oz, 1oz pk of rice crispy treat, 1 oz beef stick, or 4 packs of penut butter (we used to 9 penut butter pks but now its 4. & the original packs 2359-01 F4 were bigger than the newer packs S 20 B2359-01 F1 which are the same width as the ketchup pk. both distributed by diamond crystal brands inc. savannah, ga 31405)

Amended Complaint – 2

& for breakfast were given cold cereal in the desert tray 5 days out of a week. 2 pieces of bread, 1 pk of Jelly, 2 peanut butter packs, & sometimes 1 pk of sugar (gourmet table, uni pro Food service, inc atlanta, GA 30339, Net wt 0.1 oz.

**4** Since 4/2021 unit manager tallier has allowed the ~~heat~~ s.ch to be very cold in Fall & winter months to the point where as I wear 2 Jogging suits & a skull cap all day & even to bed. & she aloud sgt howarth to keep the rotunda & back door windows open through his entire shift. & this is when the c/o had to work doubles do to under staffing. also at this time I asked tallier & special needs for non croshayed blankets but was denied.

**5** I've had nose bleeds & pain breathin (especially when I sleep) do to the brown & clear gritty substance that constantly blows into the cells through the vents in segregation & G.P.

**6** Since 4/2021 I've only been alotted 1 shower per week for 5 min at a time. But the inmate workers are aloud to shower daily even if they don't work. Because of my carpole tunel, siatica & tendenitus I can't move that fast, so I can't wash all of my body.

**7.** Sgt renier sent me a sheet telling me to check one of the boxes iether to pay to send back the legal newspaper that a law firm had sent me, or I could I.C.e it & wait for the response. I checked the box so that I.C.e could make the determination. but they never answered me back. 2022 sgt renier asked me if I wanted to sign a waiver waving my rights to recieve mail from family & friends or use text behind I refused to sign the waiver. But my mail still goes through text behind & when it gets to me I'm missing pages & when I get legal news articles, its too light & to small to make out whats all being said. In NOV their was mail sent to me from the clerk of courts, giving me 20 days to respond but I didnt Physically get the mail from sgt renier personally till 12-11-22. causing my case to be dismissed.

**8** 2022 sgt howarth brought me legal mail from outagamie co. & it was cut open. 2022 Dec I refused to cell up with another inmate so I packed my things so I could go somewhere els. as I was walking downstairs howarth told me to put my shirt back on, & I told him after me & a runner bring down bin w/ my clothes ect. in it. he became Irate said nigger get on the floor, I didnt comply so he pepper sprayed me & gave me 120 days in segregation. For threats & disobeying a direct order.

**9** 2021 I reported donovan (chaplin) about him standing in front of us (muslims) every time we prostrate as we pray. so when he found out the his boss ms tallier, he inturn wrote me a 21 day cell confinement major ticket for threatning to write him up. at that time I was denied recreation.

**10.** Since 2021 christian chaplin's donovan & his successor degroo have prohibited the muslims to read the HOLY QUR'AN during Jumuah services (for the kutbah). & the chaplins have prohibited us from having a local minister from amongst ourselves who leads the prayers gives the friday kutbah & teaches the Taleem classes on teusdays. when we dont have a volunteer to do it for us. & all the chaplins draft up sermons for us (inmates) to read on friday Jumuah services. unless a muslim volunteer come in. also all chaplins refuse to let us use any of our donated surplus prayer rugs that we never use. when some of us (myself) & other muslims have borrowed rugs for a short duration I & others have gotten major tickets from c/o doerst & degroo for theft. also all chaplins sit in the chapel & monitor the muslim services w/ the c/o doert. & the c/o doerst prohibits the muslims from sitting on the benches during any muslim services, so we all sit on the floor. 2022/8 chaplin degroo & c/o doerst took 3 HOLY QUR'ANS from me when I went to segregation. By an inmate named sussek that was sent to a medium facility in the summer of 2022. THe meaning of the HOLY QUR'AN vol 11 & the Noble QUR'AN was given to me directly by him. but The meaning of the HOLY QUR'AN vol 3 was donated to me by the chaplin clairic named david (inmate) the following [illegible] that's the only book[illegible] inventory.

Amended Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Warden 300,000 Reignier 200,000. Brooks 200,000 Blackburn 300,000 alshakhly 100,000. donavan 200,000 tallier 200,000 russel 100,000 morales 100,000 howarth 300,000 utter 100,000 Lt latushak 200,000 hamilton 300,000 Michael 100,000 eiting 200,000 Cpt cole 100,000 Cushing 100,000 sgt steavens 200,000 Freeman 200,000 kevin Carr 300,000, detric 200,000 sgt weslaff 100,000. % doerst 200,000, chaplin degroot 300,000

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _January_ day of __15__  20_23_.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

__594482__
Plaintiff's Prisoner ID Number

__g.b.c.i po box 19033, greenbay__
__wisconsin 54307__
(Mailing Address of Plaintiff)

Mr. Osuntoka Smith
Osuntoka Smith
594482
Green Bay Correctional Institution
PO Box 19033
Green Bay, WI 54307-9033

11. 2021 in retaliation for me writting the chaplin up the arab chaplin mizia pointed me out during Friday services & called me crazy several times, he was refering to the fact that I take syche meds I'd made him & donovan aware of that months prior, to me writting up donovan. 12. 2022 after returning to g.b.c.i I was placed in quaranteen status & placed in segregation for 2 week without even being able to use the phone even though other quaranteed persons who came before & after me was allowed to use the phone 2× per week. also when I was in the outtagamie co. jail for 2 week I was in a one man cell on quaranteen status & while there or when I returned to g.b.c.i I never had a possitive corona virus test. But other inmates were aloud to quaranteen in their cells, even if they had a cellie. I had a single cell at this time. This action was sanctioned by the warden & utter the supervisor of H.S.U. 13 c/o michael packed up my personal effect in 2022 while I was in quaranteend in segregation he threw away the following items. Flex band given to me by the physical therapist, magazines, that a inmate let me borrow, 1 grey dago t-shirt, face rag, pain killers, pictures of models from us magazine & go viral. 14. 2022 after I filed a complaint against taller with the clerk of courts. She removed my red tag even though I'm a MH1 inmate & am not supposed to have a cellie. 15 2022 I had an adverse effect to the syche meds I was given & had to

go to the h.s.u but upon arriving, the male nurse who was seeing me told there would be a co-pay, I declined to be treated. I left but the staff member forged my signature & charged me anyway. 16. 2021 h.s.u stopped giving me oral rinse for my pyria disease, even though I came into the institution w/ a script for that & for pain killers. In 01-2023 while in segregation h.s.u changed my regular pain killers (acedomedaphine L484) for a generic/lesser strength acedomedaphine 54/27 that does not stop the chronic pains. 17. P.s.u., Since 2021 I've been telling my sychiatrist ms. nelson that I'm in mental anguish, because there a wall of noise coming into my cell because it's a gated door, & I need her to refer me to an institution where I can be properly treated for my sychiatric needs, & I continually informed her of how great my depression was because of being locked down 24 hrs a day & that sgt haworth & sgt steavens is greatly adding to me having a violent reaction, as I've done in the past when I wasn't on my syche meds. so she sent me another worksheet pamplet & when I asked her about going to a syche facility (like judge biskupic recomended at my sentencing she said mr. hamilton didn't approve it. 18. Since 2021 I've been treated by syche doctor freeman & he's been prescribing Anti depressants & benadril to help me sleep through the constant adse, & to help me breath because of the debris in the cells, & the light from the 15rt window outside of my cell. he's been giving me meds to help me cope the natural light & stress of being locked down all day. In 2-2022 he prescribed a medication that made me dizzy & gave me nose bleeds for a month. so I canceled that order & asked him to give me different anti depressant/anti sychotic meds but he never re issued any other previous syche meds that he'd prescribed. I've also asked him if he could recomend I go to a sych ward as recomended by the courts? he declined. 19. Since 2021 erting's been taking 50% of my checks for cv369 even though I told him the courts cleared that debt & he's been taking 100% of my state pay for court restitutions. I i.c.c'd it & showed paperwork showing the courts rulling for cv369.

28. 2022 I had a deadline pass for the week I would sit next to charles, who was my jail house lawyer & one of the plaintiffs on my class action lawsuit (22-cv-330) he would whisper or write down what cases to look up for the class action lawsuit. & david would say there no talking whatsoever in the library or law library. I told him that charles was my jailhouse lawyer & by law we can talk about cases in the law library. the next day david put an out of order sticker on the computer I was using that was right besides where charles sat. I sat there anyway & turned on the computer & it worked fine. But the next time charles & I arrived at the law library, he put out of order yellow stickers on every other computer so that we couldn't sit next to each other. But I sat down next to charles & turned on the computer & it worked fine. then david said I couldn't sit there so I moved. A couple weeks later I put in a request to the law library & david said, I can't come to the Law library w/out a deadline" (1st amendment right to access the court) So I put a request in for the library & david brooks told me the library was closed. But the library & the law libraries in the same room. & I was just there a couple of weeks ago, he responded that he would give me whatever book I wanted & that 2 was the limit for 30 days. 29. 2022 I wrote the governor from g.b.c.i but it was intercepted by his secretary Kevin Carr. addressing issues such as food portions that he said was the correct portions, the NO recreation for months & he said its because of covid 19 & many of the issues mentioned in this complaint. 30. segregations unit manager J Perttu has stopped us inmates who are in seg from using the phone twice a week. people in step 1 get the phone once a month, people in step 2 get the phone 2x a month & people in step 3 use the phone 3x per month. The governor ever gave inmates of g.b.c.i 2 free calls per week & $30 a week for the tablet & 1 free envelope every 2 weeks because of the pandemic. as of 1.9.23 %o's & staff members are still wearing masks & in person visits have been

suspended because of the pandemic. But the inmates whom are not in segregation can still use the free calls alloted to them by the governor.

31. Lt. Cole who hears the disciplinary tickets gave me 120 days of segregation time per threat, being 2 in total. though I'd only come to segregation once & had no prior threat convictions or staff assaults nor is that much time w/in the 303 guidlines

32. In Oct 2022 I mailed erring my information for my stimulus check that he may e-file it. instead he told me he sent it to david brooks. I asked brooks & the unit manager J.P. but they never responded back to me

1-15-23
Santor q Smith

20. 2022 captain cole stopped me from getting state pay because the head of school programs said I didnt have a h.s.e.d. in 2021 I notified the school that I've also gotten a tech. F.v.t in appleton for forensic science & have colledge credits & my g.e.d was on file with them. I attended in 2012

21. 8/2022 I was charged w/ aggravated assault when a racist white inmate entered into my cell & stabbed me in the back w/ a pen like shank. I fought off my attacker & he fled my cell. We both got 90 days in seg & lost my single cell even though I was attacked by an inmate w/ 2 life sentences & was on a ped tag for violent behavior w/ in the institution. (Lt. latushak charged me).

22. 2022 c/o detric who works in master control sounds the buzzer for standing counts. she holds the button for 30 seconds for every count & the bell is exactly like the bell used on the outside of grade schools. it is excruciatingly painful to hear because its on the highest setting.

23. 2022 c/o rome wrote me a ticket because she said I have to be standing w/ the light on before she gets to my cell. I asked her why the sudden change & she said sgt beebo told her to do it. this happened 1 week after the clerk sent papers to g.b.c.i

24. 1·4·23 c/o cushing opened & read a request slip that I sent to the unit manager explaining to her that I wanted to be enrolled into the step program because, I'm skitzofranic & bipolar, & dont want to get into another confrontation w/ c/o howarth, because I'm not on my meds right now & dont want to end up fighting him. c/o cushing wrote me up for threats & never gave the unit manager my request slip.

25. 8/2022 I went to seg & sgt steavens packed my belongings. when I got my t.v in the t.L.p building. I found that the a.c adapter was very loose & because of that it wouldnt show a picture. I'd just purchased the t.v in the spring of 2021 & it was like

4.

New. also I was missing a face rag, skin cream & vassaline for my nasal passag, the so that I can breath easier when I sleep. because it catches the deris & I also use it to catch for my ear for the same reason. Because I've already had to have a surgical proceedure done on both ears at an outside hospital to remove a little over an inch worth of debris from my ears. she also tossed out my book called wicca for dumbres, ~~nerds,~~ part of a chapter of a book I'm writing pertaining to the history of the prophet Muhammad & things that was appart of my discovery such as my companies face book main page & about 20 pages of case law & things I used as defence at trial & what I was using for my appeal. My box that my discovery was mailed in & plastic bags that I used to organise the hundreds of pages of discovery was gone. my tooth brush & photos of Cardi B that I'd gotten from Us magazine & go viral.

26 2022 I filed a complaint w/ the clerk of court case no 22-CV-330 as a class action. But inmate Michael evens wasn't added as one of the plaintiffs by david brooks. this is fraud by e-mail

27 2022 david brooks had c/o russel eject me from the law library, because I wouldn't put my mask over my nose do to trouble breathing, because of the debris in my cell I exclaimed.

Oswuitoeor Smith
M.O.S.

# Relief Wanted From J. Perttu (Segregation)

1. Remove the night lights
2. Shower curtain
3. alow inmates to use their own headphones
4. manditory hour out of cell a day
5. non administrative confinement inmates can utilize the same recreation/t.v area, as the administrative confined inmates.
6. to stop keeping inmates cuffed up to use the Law Library computer.
7. to stop the manditory hands behind our backs, when being transported.
8. alow inmates on suicide observation status to be alowed: phone calls, underwear, short tube socks, papers (request slips), writing utensils
9. No kneeling to put on shakels for manditory movement.
10. abolish the paper spoons &
11. abolish the rubber pencils & give us Flex Pens
12. alow all the time we sit in segregation to count
13. alow administrative confined inmates their store bought clothes

July 05 S.
Osuntokasmith
1.15.23

Relief wanted (challenging unjust prison policies) injunction. 7

1. abolish standing counts
2. abolish the loud bell
3. allow boxes & small plastic bags to hold legal papers
4. <u>1</u> shower per day for 15 min
5. manditory 2 hours out of cell time & 7x a week for an hour of recreation.
6. Be able to check out at least 4 books a month
7. open the law library for non deadlines
8. Remove the 5 min lock from toilets
9. Remove bunk beds from toilet
10. Replace hanging shelf for personal effects
11. to be able to wear sweat pants w/ sweat shirts in comon areas
12. Bring back the old food menue variety & portions.
13. Increase the size of print for the legal news articles
14. alow actual pictures in
15. To be able to give away or lend out any store bought items
16. no co-pay for video visits
17. stop the comfiscation of altered electronic's used for better perception
18. Wash inmates store bought clothes in onsite washer & dryers

Desantoka Smith
1/15/23